UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD LEROY DAVIS,

    Plaintiff,

v.

Case No. 23-10377
Hon. Jonathan J.C. Grey

ZACK GREEN,

    Defendant.
_____/

## OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 56)

Plaintiffs Richard Leroy Davis and Zandra Hope Davis commenced this lawsuit against Defendants A. Wolschlager[1] and Zack Green on February 13, 2023. (ECF No. 1.) On May 18, 2023, the Honorable Denise Page Hood entered an order dismissing Plaintiff Zandra Hope Davis and Defendant Wolschlager from this matter. (ECF No. 8.) On June 26, 2023, this matter was reassigned to this Court.

---

[1] The docket spells this defendant's name "Wolschlger." Green's motion for summary judgment mentions this defendant nine times and spells his name "Wolschlager" six times, "Wolschlger" twice, and "Wolschlagler" once. (ECF No. 35.) The report and recommendation spells this defendant's name "Wolschlagler" throughout. (*See, e.g.,* ECF No. 56, PageID.296 n.2.) The Court has determined that "Wolschlager" is the correct spelling.

On June 30, 2023, this Court assigned this matter to Chief Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 11.)

On September 19, 2024, Green moved for summary judgment. (ECF No. 35.) On March 4, 2025, Magistrate Judge Grand issued an R&R recommending that the Court grant Green's motion for summary judgment. (ECF No. 56, PageID.297.) At the conclusion of his R&R, Magistrate Judge Grand advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*Id.* at PageID.310.) He specifically advises the parties that "[f]ailure to timely file objections constitutes a waiver of any further right of appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Grand. The Court therefore adopts the R&R.

Accordingly, **IT IS ORDERED** that the Report and Recommendation dated March 4, 2025 (ECF No. 56) is **ADOPTED** as this Court's findings of fact and conclusions of law. **IT IS FURTHER ORDERED** that Green's motion for summary judgment (ECF No. 35) is **GRANTED**. **IT IS FURTHER ORDERED** that Davis' claim is **DISMISSED WITH PREJUDICE**.

   **SO ORDERED**.

Date: August 15, 2025

<u>s/Jonathan J.C. Grey</u>
Jonathan J.C. Grey
United States District Judge

## **Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 15, 2025.

**s/ S. Osorio**
Sandra Osorio
Case Manager
